UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TOBON,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE SHERWIN WILLIAMS COMPANY, et al.,<br><br>                    Defendants. | Case No.  22-cv-01925-VC<br><br>**ORDER COMPELLING ARBITRATION** |

This case is compelled to arbitration for the reasons given in the related case, No. 22-cv-00375, at Dkt. No. 31. At the case management conference, counsel for both parties agreed that the same reasoning applies here. Tobon retains his appellate rights.

The case is dismissed without prejudice. *See Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) ("[A] district court may either stay the action or dismiss it outright when, as here, the court determines that all of the claims raised in the action are subject to arbitration.").

**IT IS SO ORDERED.**

Dated: August 23, 2022

_____
VINCE CHHABRIA
United States District Judge